UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **EMANUEL TIMOTHY VAUGHN,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Respondent. ) <br> _____ ) | CV NO. 12-7689-JAK (AJW) <br><br><br> JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: October 2, 2012

_____
John A. Kronstadt
United States District Judge