UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EMANUEL TIMOTHY VAUGHN, | ) | |
| Petitioner, | ) | CV NO. 12-7689-JAK (AJW) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | JUDGMENT |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.


Dated: October 2, 2012

_____
John A. Kronstadt
United States District Judge